To be filed as
Civil Case

**Privacy Act Request for Access of Records under the Freedom of Information Act of 1974**

To: Privacy Act Officers or System of Records Managers

-Records Access Officer Robert H. Haigh Jr, 321 High Street, Greenfield, MA
-Christopher J. Donelan, Franklin County Sheriff, 160 Elm Street, Greenfield, MA

Re: Privacy Act Request for Access of Records and Return of Personal Property

To Whom This May Concern:

This is a privacy act request for access of records under the Freedom of Information Act of 1974 and the Massachusetts Public Records Law (M. G. L. Chapter 66, Section 10).

[I, Sean A. Welenc, sui juris, under Common Law Jurisdiction, hereby request the following information, without dishonor, pertaining to an event that occurred around 9pm on December 5, 2020, while driving my 2012 Subaru Legacy. I, Sean A. Welenc, hereby request reimbursement of $108 paid to Koch's Automotive, 44 Main Street, Greenfield, MA, and the immediate return of my stolen personal property: two EXEMPT plates, my passport, and my Cannabis, without delay].

1. Date/time when 4-5 police gang-stalked me on December 5, 2020
2. The exact reason that 4-5 Greenfield police were triggered to gang-stalk me, seize my vehicle and have my car towed to Koch's Automotive, 44 Main Street, Greenfield, MA. Driving through a "Yellow" Light is no reason to accuse me of a Criminal Offense.
3. Explicit **Federal/Constitutional Laws** that I allegedly violated when 4-5 police seized:
   A. My 2012 Subaru Legacy
   B. My Two Vehicle Plates "EXEMPT – Not For Hire (UCC 9-109(1); UCC 1-308)"
   C. My Passport (it is a Federal crime to steal Passports; I have reported it stolen)
   D. My Cannabis (which is legal). I never demonize police officers for their use of cannabis.
4. Explicit **Federal/Constitutional Laws** that prohibits me from driving with a Passport and EXEMPT Plates; AND explicit **Federal/Constitutional Laws** that would make me a criminal.
5. Explicit reasons why 4-5 police failed to issue me a Warrant to steal my car, my plates, my passport, my cannabis, however, unable to find my "Proof of Car Insurance" in the glove compartment?

MA Constitution Bill of Rights Article 1. Sec. 14: Every subject has a right to be secure from all unreasonable searches, and seizures of his person, his houses, his papers, and all his possessions. All warrants, therefore, are contrary to this right, if the cause or foundation of them be not previously supported by oath or affirmation; and if the order in the warrant to a civil officer, to make search in suspected places, or to arrest one or more suspected persons, or to seize their property, be not accompanied with a special designation of the persons or objects of search, arrest, or seizure: **no warrant ought to be issued but in such cases, and with the formalities, prescribed by Law. Violating Oaths of Office is Treason.**

Note: ICCPR Article 7: No one shall be subjected to torture or cruel, inhumane or degrading treatment/punishment.

Whereas, I, Sean A. Welenc, sui juris, filed IRS Forms 4506-A, 13909, 3819-A, and 211 requesting Public Inspection of tax-exempt status or Political Organization, of Massachusetts Supreme Judicial Courts, d/b/a Franklin County District Court. See correspondence from Dept. of the Treasury dated February 28, 2020, indicating that no such tax-exempt agency exists (refer to IRS Investigation Claim #2020-006720), proving that Franklin County Courts are For-Profit Private Corporations, complete with Dun and Bradstreet numbers, committing fraud in exchange for $emoluments.

Common Law Courts are the Supreme Law of the Land. I will not submit to judicial and/or police tyranny. The Constitution is not suspended during a Plandemic. NO Constitutional Law permits any Court/Judge to contract with State Actor(s) to gang-stalk, kidnap, imprison, abuse, threaten, torture The People in any way, shape or form. State Actors can be sued in their corporate and individual capacities. FRAUD VIDIATES ALL VOID AB INITIO.

Greenfield Police/Dept., Massachusetts Supreme Judicial Court, d/b/a Greenfield, District Court, Greenfield, MA, are in direct violation of the Clearfield Trust Doctrine
Clearfield Doctrine
Supreme Court Annotated Statute, Clearfield Trust Co. v. United States 318 U.S. 363- 371 1942.
Whereas defined pursuant to Supreme Court Annotated Statute: Clearfield Trust Co. v. United States 318 U.S. 363-371 1942: "Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen . . . where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . . . **For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."**
When private commercial paper is used by corporate government, then government loses its sovereignty status and becomes no different than a mere private corporation.
As such, government then becomes bound by the rules and laws that govern private corporations which means that if they intend to compel an individual to some specific performance based upon its corporate statutes or corporation rules, then the government, like any private corporation, must be the holder-in-due-course of a contract or other commercial agreement between it and the one upon who demands for specific performance are made.
Further, the government must be willing to enter the contract or commercial agreement into evidence before trying to get the court to enforce its demands, called statutes; very important because it is a 1942 case that was decided after the UNITED STATES CORPORATION COMPANY filed its "CERTIFICATE OF INCORPORATION" in the State of Florida (July 15, 1925). And it was decided AFTER the 'corporate government' agreed to use the currency of the private corporation, the FEDERAL RESERVE. Private Currency / Federal Reserve.
References:
(i) Articles of Incorporation of UNITED STATES CORPORATION COMPANY
http://anticorruptionsociety.files.wordpress.com/2014/01/articles-of-incorporation-of-u-s-corp-company.pdf

Whereas, I, Sean A Welenc, sui juris, under Common Law Jurisdiction, deny that I am a government employee of the State of Massachusetts. If the state or Magistrates wish to say different then prove that I have been a paid employee of federal or state Government.

Whereas, all codes, rules, policies, statutes, regulations are unconstitutional and lacking due process of law (Rodrigues v. Ray Donavan, U.S. Department of Labor, 769 F.2d 1344, 1348 (1985); … the state of Massachusetts is "void for ambiguity" in their failure to specify the statutes' applicability to "natural person," otherwise depriving the same of fair notice, as their construct by definition of terms aptly identifies the applicability of such statutes to "artificial or fictional corporate entities or 'persons', creatures of statute, or those by contract employed as agents or representatives, department subdivision, offices, officers, and property of the government, but not the "Natural Person" or American citizen immune from such jurisdiction of legalism.

**Whereas, Common Law is the Real Law, the Supreme Law of the land. codes, rules, regulations, policies, statutes, regulations "are not law" (Self v. Rhay, 61 Wn 2d 261); they are the law of government for INTERNAL regulation, NOT the law of man.**

Whereas, it (the legislature or statutory laws) may not violate constitutional prohibits or guarantees OR AUTHORIZE OTHERS TO DO SO (Lockard v. Los Angeles 33 Cal 2d 553; Cert den 337 US 939).
Whereas, The Bill of Rights in the American Constitution has not been drafted for the introduction of new law, but to secure old (already existing principles against abrogation or violation (Weimer v. Bunbury, 30 Mich 291; 1874 Mich. LEXIS 168 (1874)).
Note: MA Constitution Bill of Rights Article 1. Sec. 5: All power residing originally in the people, and being derived from them, the several magistrates and officers of government, vested with authority, whether legislative, executive, or judicial, are their substitutes and agents, and are at all times

accountable to them (i.e., law enforcement are to serve and be accountable to "We The People".
Note: MA Constitution Bill of Rights Article 1. Sec. 7: Government is instituted for the common good; for the protection, safety, prosperity and happiness of the people; and not for the profit, honor, or private interest of any one man, family, or class of men.

Thank you for your immediately consideration of this request. I look forward to your response.

Respectfully (without prejudice UCC 1-207)
Sean A Welenc, 35 Perry Road, of Orange, MA [01364]
cc: State Department, DOJ, JAG, Gov, AG, Supv. of Records, Judicial Records (Federal Court)
Koch's Automotive, Inc. (to inform them of fraud being perpetrated on ThePeople)
David B Welenc (works for Town of Orange); Keyna L Welenc (works for Federal Law Enforcement)

Enclosed:
Proof of Auto Insurance (still in glove compartment where it was located on 12/5/2020)
Copy of receipt in the amount of $108 paid to Koch's Automotive
Two Private for-profit Corporate citations dated 12/5/2020
Letter from Dept. of Treasury dated February 28, 2020, and investigation claim number 2020-006720
SOVEREIGN AUTHORITY / Affidavit of reservation of rights UCC-1-308/ 1-207

SOVEREIGN AUTHORITY (while driving my 2012 Subaru Legacy)
Affidavit of reservation of rights UCC-1-308/ 1-207

Public
This is a Public Communication to All
Notice to agents is notice to principles
Notice to principles is Notice to Agents
Applications to all successors and assigns
All are without excuse

Sean A Welenc, sui juris
All rights reserved UCC 1-308/ 1-207
c/o 35 Perry Road
Orange, MA [01364]
Phone [978-846-7966]
Non-domestic without the United States

[Let it be known to all that, I, Sean A. Welenc, sui juris, under Common Law Jurisdiction, explicitly reserves all of my rights. See UCC 1-308 (formally UCC 1-207).
UCC 1-308 – Performance or Acceptance Under Reservation of Rights.
(a) A party that with explicit reservation of rights performs performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice." "under protest," or the like are sufficient.

I retain all of my rights and liberties at all times and in all places, nunc pro tunc [now for then] from the time of my birth and forevermore. Further, I retain my rights not to be compelled to perform under ANY contract or commercial agreement that I did not enter knowingly, voluntarily and/or intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement. I am not subject to silent contracts and have never knowingly or willingly contracted away my sovereignty.
Further, I am NOT a United States citizen or a 14th Amendment citizen. I am a State Citizen of the republic and reject any attempted expatriation. See 15 United States statute at large, July 27, 1868 also known as the expatriation statute.]

**Violation fee of my liberty is $250,000 per incident or per 15 minutes or any part thereof. Wherefore all have undeniable knowledge.**

Affidavit
[Affiant, Sean A Welenc, sui juris, under Common Law Jurisdiction, a natural born Citizen of Colorado in its dejure capacity as a republic and as one of the several states of the union created by the Constitution For the United States of America 1777/1789. This incidentally makes me an American national and a common man of the Sovereign People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.]
The Undersigned, reserves the right to define all words and letter combinations contained herein; and further, reserve the right to interpret and construct the intent thereof, with plenary finality, by explicit reservation.
The Undersigned, does hereby knowingly, willingly, intelligently and intentionally declare and affirm that the foregoing is true, accurate and complete, the truth, whole truth and nothing but the truth, to the best of my knowledge and ability, so help me Creator.
The Undersigned, under full liability and complete transparency, do hereby knowingly, willingly, intelligently and intentionally Affirm, Declare, Proclaim and Publish that this testimony and documents and tangible mediums are hereby absolutely and duly affirmed, authorized, declared, stated, made, issued, certified, confirmed, ratified, verified, executed, noticed, re-affirmed, re-authorized, re-declared, re-stated, re-issued, re-certified, re-confirmed, re-ratified, re-verified and re-noticed, absolutely and duly perfected, protected and secured in their entirety for all of Creation to rely upon, without limitation, in perpetuity, without recourse, without prejudice, under the penalties of false witness, to the best of my knowledge and ability, governed by, and under, the Laws of the Creator, under the Laws of Creation.
Hereunto I have set my Hand and knowingly, willingly, intelligently and intentionally caused my autograph to become affixed hereto.
Executed in Creation, by, under and pursuant to the Laws of the Creator and the Laws of Creation.
On the 8th day of October in the Year of our Creator two thousand twenty (purchase date of my vehicle).

________________________________
Sean A Welenc (without prejudice UCC 1-207)

To be Filed As Civil Case

## Declaration and Notice of Service

I, Sean A Welenc, sui juris, Under Common Law Jurisdiction, under full liability and complete transparency, do by these Presents Declare and Aver that I, on the nineth day of December, in the Year of my Creator two thousand twenty, caused to be served by Certified Mail, a true, accurate and complete copy of the following tangible item, to wit:
**Privacy Act Request for Access of Records under the Freedom of Information Act of 1974**
to, and upon, the following, at the following corporate locations, to wit:

CLERK MAGISTRATE, GREENFIELD DISTRICT COURT, 43 HOPE STREET, GREENFIELD, MA
c.m.#7011 2970 0002 7242 9317
RECORDS ACCESS OFFICER ROBERT H HAIGH JR., 321 HIGH STREET, GREENFIELD, MA
c.m. #7018 0360 0000 9379 5002
SUPERVISOR OF RECORDS, ONE ASHBURTON PLACE, RM 1719, BOSTON, MA
c.m. #7011 2970 0002 7243 1013
CHRISTOPHER J DONELAN, FRANKLIN COUNTY SHERIFF, 160 ELM ST, GREENFIELD, MA
c.m. #7020 0090 0001 4308 3386
*ACTING GOVERNOR OF MA*, MA STATE HOUSE, 24 BEACON STREET, RM 280, BOSTON, MA
c.m. #7020 0090 0001 4308 3393
*ACTING ATTY GENERAL OF MA*, 1 ASHBURTON PLACE, 20TH FLOOR, BOSTON, MA
c.m. #7020 0090 0001 4308 3409
DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC
c.m. #7020 0090 0001 4308 3416
STATE DEPARTMENT, 2201 C STREET, NW, WASHINGTON, DC
c.m. #7020 0090 0001 4308 3430
UNITED STATES DISTRICT COURT, 300 STATE STREET, SPRINGFIELD, MA
c.m. #7020 0090 0001 4308 3423
JUDGE ADVOCATE GENERAL CHARLES N. PEDE, 600 MASSIE RD, CHARLOTTESVILLE, VA
c.m. #7011 2970 0002 7242 9317

I, Sean A. Welenc, under full liability and complete transparency, do knowingly, willingly, intelligently and intentionally hereby Declare that the foregoing is true, accurate and complete, the truth, whole truth and nothing but the truth, to the best of my knowledge and ability, so help me Creator.

I, Sean A. Welenc, under full liability and complete transparency, being of plenary capacity, character, condition, status, standing and responsibility, under the penalty of false witness, under the Laws of the Creator, under the Laws of Creation, do by these Presents, knowingly, willingly, intelligently and intentionally Affirm, Declare, Proclaim and Publish that this document is hereby absolutely and duly affirmed, authorized, declared, stated, made, issued, certified, confirmed, ratified, verified, executed, noticed, re-affirmed, re-authorized, re-declared, re-stated, re-issued, re-certified, re-confirmed, re-ratified, re-verified and re-noticed, absolutely and duly perfected, protected and secured in its entirety for all of Creation to rely upon, without limitation, in perpetuity, without recourse, without prejudice.

I reserve the right to amend, enhance and/or delete from this document and tangible medium at any time, by explicit reservation.

Any omission is not a waiver thereof.

A copy, facsimile and digital scan are lawfully declared to be, and has the same force, affect and effect as, the Original. I reserve the right to define all words and letter combinations contained herein; and further, reserve the right to interpret and construct the intent thereof, with plenary finality, by explicit reservation.

Hereunto I have set my Hand and knowingly, willingly, intelligently and intentionally caused my autograph to become affixed hereto.

Executed in Creation, by, under and pursuant to the Laws of the Creator and the Laws of Creation. On the nineth day of December, in the Year of our Creator two thousand twenty.

Heir of the Creator, Real-man Living Soul, Secured Party, Holder-in-Due-Course, Real-Party-in-Interest, Grantor, Bailor, Administrator, Creditor, Custodian, Beneficiary; All rights, privileges, freedoms and immunities are hereby claimed, reserved and exercised, without limitation, without prejudice, without recourse.

Sean A Welenc (without prejudice UCC 1-207)

Progressive
PO Box 31260
Tampa, FL 33631
NAIC Company Code: 16322

**Policy Number: 934981970**
Underwritten by:
Progressive Direct Insurance Co
Policyholder:
Sean Welenc

December 8, 2020

**Customer Service**
**1-800-776-4737**
24 hours a day, 7 days a week

# Verification of Insurance for

## Sean Welenc

This verification of insurance is not an insurance policy and does not amend, extend or alter the coverage afforded by the policies listed herein. Notwithstanding any requirement, term or condition of any contract or other document with respect to which this verification of insurance may be issued or may pertain, the insurance afforded by the policies described herein is subject to all the terms, exclusions and conditions of the policies.

Please accept this letter as verification of insurance for this policy.

## Policy and driver information

| | |
|---|---|
| Policy number: | 934981970 |
| Policy state: | Massachusetts |
| Policy period: | Jun 23, 2020 - Dec 23, 2020 |
| There was no lapse in coverage during this policy period. | |
| Effective date: | Oct 18, 2020 |
| Drivers: Sean Welenc | Insured Driver |
| Address: | 35 Perry Road<br>Orange, MA 01364 |

## Vehicle information

| | |
|---|---|
| Vehicle: | 2012 Subaru Legacy |
| Vehicle identification number: | 4S3BMBG63C3003772 |

Continued



20-24812

## MASSACHUSETTS UNIFORM CITATION

**T 2127115**

VIOLATOR COPY

| DATE WRITTEN (MM/DD/YY) | AGENCY CODE | OFFICER I.D. NUMBER | COURT CODE | TYPE OF CITATION |
|---|---|---|---|---|
| 12 / 05 / 20 | GRF | 1448 | 41 | ☒ OPERATOR ☐ OWNER ☐ PASSENGER ☐ BICYCLIST |

**VIOLATOR**

| | |
|---|---|
| MOTOR VEHICLE LICENSE NO. OF VIOLATOR | S95586028 |
| STATE | MA |
| CLASS | D |
| CDL LICENSE | ☐ YES ☒ NO |
| RACE | W |
| SEX | M |
| NON-INVENTORY MV SEARCH | ☐ YES ☐ NO CODE |
| VIOLATOR NAME (Last) | Welenc |
| (First) | Sean |
| (Initial) | A |
| BIRTH DATE (MM/DD/YY) | 10 / 03 / 76 |
| ADDRESS | 35 Perry Rd |
| CITY/TOWN | Orange |
| STATE | MA |
| ZIP | 01364 |

**MV**

| PLATE TYPE | VEHICLE REGISTRATION NO. | STATE | YEAR | MAKE AND TYPE | COLOR | CDL VEHICLE | 16+ PASSENGERS | PLACARDED HAZMAT |
|---|---|---|---|---|---|---|---|---|
| PAN | | | | Subaru legacy | Gry | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO |

**OFFENSE(S)**

| | |
|---|---|
| OFFENSE DATE (MM/DD/YY) | 12 / 5 / 20 |
| LOCATION OF OFFENSE (include #, st, hwy, city or town) | Silver st @ FK Highway |
| TIME OF OFFENSE | 2020 ☐ AM ☒ PM |
| CRASH | ☐ YES ☒ NO |

| | CHAP/SEC/SUB | CRIM/CIVIL | DESCRIPTION OF OFFENSE | ASSESSMENT |
|---|---|---|---|---|
| A. | 90/9 | ☒ CRIM ☐ CIVIL | Unregistered M/V | $ |
| B. | 90/34J | ☒ CRIM ☐ CIVIL | Uninsured M/V | $ |
| C. | 89S1/8L | ☒ CRIM ☐ CIVIL | Fail to Stop @ Yellow light | $ |
| D. SPEEDING ☐ 90/17 ☐ 90/18 | | CIVIL | MPH IN A ___ MPH ZONE ☐ POSTED ☐ NOT POSTED ☐ LIDAR ☐ CLOCKED ☐ RADAR ☐ ESTIMATED | $ |

SPEEDING ASSESSMENTS INCLUDE A $50 HEAD INJURY SURCHARGE — TOTAL DUE $

OFFICER CHECK ONE ONLY: ☐ ALL CIVIL INFRACTIONS (See instruction A on back) ☒ CRIMINAL APPLICATION (See instruction B on back) ☐ ARREST ☐ WARNING (No action required)

OFFICER CERTIFIES: ☒ IN HAND TO VIOL. ☐ MAILED TO VIOL. ☐ IN HAND TO VIOLATOR'S AGENT

X #1448

AGENT NAME

VIOLATOR/AGENT ACKNOWLEDGES RECEIPT OF CITATION

AGENT'S LICENSE NUMBER & STATE

X

NOTICE TO VIOLATOR
SEE REVERSE SIDE
FOR INSTRUCTIONS

NOTICE TO OFFICER
ENTER ASSESSMENT $
AND TOTAL DUE $ ONLY
IF YOU CHECK
"ALL CIVIL INFRACTIONS".
ENTER COURT ADDRESS
BELOW ONLY IF YOU CHECK
"CRIMINAL APPLICATION".

COURT ADDRESS

43 Hope St
Greenfield MA

recyclable

20-24812

## MASSACHUSETTS UNIFORM CITATION

**T 2127116**

VIOLATOR COPY

| DATE WRITTEN (MM/DD/YY) | AGENCY CODE | OFFICER I.D. NUMBER | COURT CODE | TYPE OF CITATION |
|---|---|---|---|---|
| 12 / 05 / 20 | GRF | 148 | 41 | ☒ OPERATOR ☐ OWNER ☐ PASSENGER ☐ BICYCLIST |

**VIOLATOR**

| | |
|---|---|
| MOTOR VEHICLE LICENSE NO. OF VIOLATOR | S95586008 |
| STATE | MA |
| CLASS | D |
| CDL LICENSE | ☐ YES ☒ NO |
| RACE | W |
| SEX | M |
| NON-INVENTORY MV SEARCH | ☐ YES ☐ NO CODE |
| VIOLATOR NAME (Last) | Welenc |
| (First) | Sean |
| (Initial) | A |
| BIRTH DATE (MM/DD/YY) | 10 / 03 / 76 |
| ADDRESS | 35 Perry Rd |
| CITY/TOWN | Orange |
| STATE | MA |
| ZIP | 01364 |

**MV**

| PLATE TYPE | VEHICLE REGISTRATION NO. | STATE | YEAR | MAKE AND TYPE | COLOR | CDL VEHICLE | 16+ PASSENGERS | PLACARDED HAZMAT |
|---|---|---|---|---|---|---|---|---|
| | | | | Subaru legacy | Gry | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO |

**OFFENSE(S)**

| | |
|---|---|
| OFFENSE DATE (MM/DD/YY) | 12 / 5 / 20 |
| LOCATION OF OFFENSE (include #, st, hwy, city or town) | Silver @ FK Highway |
| TIME OF OFFENSE | 2020 ☐ AM ☒ PM |
| CRASH | ☐ YES ☒ NO |

| | CHAP/SEC/SUB | CRIM/CIVIL | DESCRIPTION OF OFFENSE | ASSESSMENT |
|---|---|---|---|---|
| A. | 90/11 | ☒ CRIM ☐ CIVIL | License not in Poss | $ |
| B. | 90/11 | ☒ CRIM ☐ CIVIL | Registration not in Poss | $ |
| C. | | ☐ CRIM ☐ CIVIL | | $ |
| D. SPEEDING ☐ 90/17 ☐ 90/18 | | CIVIL | MPH IN A ___ MPH ZONE ☐ POSTED ☐ NOT POSTED ☐ LIDAR ☐ CLOCKED ☐ RADAR ☐ ESTIMATED | $ |

SPEEDING ASSESSMENTS INCLUDE A $50 HEAD INJURY SURCHARGE — TOTAL DUE $ CB

OFFICER CHECK ONE ONLY: ☐ ALL CIVIL INFRACTIONS (See instruction A on back) ☒ CRIMINAL APPLICATION (See instruction B on back) ☐ ARREST ☐ WARNING (No action required)

OFFICER CERTIFIES: ☒ IN HAND TO VIOL. ☐ MAILED TO VIOL. ☐ IN HAND TO VIOLATOR'S AGENT

X #1448

AGENT NAME

VIOLATOR/AGENT ACKNOWLEDGES RECEIPT OF CITATION

AGENT'S LICENSE NUMBER & STATE

X

NOTICE TO VIOLATOR
SEE REVERSE SIDE
FOR INSTRUCTIONS

NOTICE TO OFFICER
ENTER ASSESSMENT $
AND TOTAL DUE $ ONLY
IF YOU CHECK
"ALL CIVIL INFRACTIONS".
ENTER COURT ADDRESS
BELOW ONLY IF YOU CHECK
"CRIMINAL APPLICATION".

COURT ADDRESS

43 Hope St
Greenfield MA

recyclable

KOCH'S AUTOMOTIVE INC.
44 Main St.
GREENFIELD, MA 01301
413-773-9043

# ROAD SERVICE

| TIME OF CALL A.M. P.M. | DATE IN | DATE OUT | TIME START A.M. P.M. | TIME FINISH A.M. P.M. | REQUESTED BY | P.O./CASE # | OFFICER NAME |
|---|---|---|---|---|---|---|---|
| | 12-5-20 | | 8:30 P.M. | | GFLD. | | |

| Field | Value |
|---|---|
| NAME | Welenc |
| PHONE # | |
| ADDRESS | |
| CITY | |
| STATE | |
| ZIP | |
| YEAR | |
| MAKE/MODEL | SUBARU |
| COLOR | |
| ODOMETER | |
| DRIVER | |
| MARKER PLATE # | |
| STATE | |
| VIN # | 4S3BMBG63C3003772 |
| REGISTERED OWNER | |
| LOCATION OF VEHICLE | French King HWY. |
| TOWED TO | Koch's |
| INSPECTED BY INSURANCE CO. | |
| APPRAISER NAME | |
| DATE | |
| DRIVER | |
| RELEASED BY | |
| DATE | |
| PHONE # | |

**REASON FOR TOW**

- ☐ ACCIDENT
- ☐ BREAK DOWN
- ☐ ABANDONED
- ☐ UNREGISTERED
- ☐ NO START
- ☐ OUT OF GAS
- ☐ FLAT TIRE
- ☐ FIRE LANE
- ☐ LOCK OUT
- ☐ NO TRESPASS
- ☐ TOW ZONE
- ☐ ARREST
- ☐ STOLEN
- ☐ IMPOUNDED
- ☐ SNOW REMOVAL
- ☐

(handwritten: Park)

**TYPE OF TOW**

- ☐ SLING/HOIST
- ☑ FLAT BED/RAMP
- ☐ WHEEL LIFT
- ☐

**TOWED PER ORDER OF**

- ☐ STATE POLICE
- ☑ LOCAL POLICE
- ☐ OWNER OF A CAR
- ☐ DEALER

**OTHER SERVICES**

- ☐ SWEEP
- ☐ FIRST AID
- ☐ REMOVE AXLE
- ☐ SECURE LOOSE PARTS

PERSONAL'S TAKEN BY | DATE | PHONE#

**VEHICLE STORAGE TIME**

FROM ________ TO ________ ____ DAYS @ $____

**INDICATE DAMAGED AREA(S) ON VEHICLE:**

KEYS LEFT (Y) N
RADIO Y N

**SPECIAL EQUIPMENT USED**

- ☐ WINCH
- ☐ FLARES
- ☐ DOLLIES
- ☐ SCOTCH BLOCKS
- ☐ RAMPS
- ☐
- ☐ SNATCH BLOCKS
- ☐

**MILEAGE**

FINISH ____
START ____
TOTAL ____

**LABOR TIME**

FINISH ____
START ____
TOTAL ____

**EXTRA PERSON**

FINISH ____
START ____
TOTAL ____

DRIVER # | TRUCK #

| Charge | Amount |
|---|---|
| TOWING CHARGE | 108 00 |
| MILEAGE | |
| LABOR | |
| EXTRA PERSON | |
| SPECIAL EQUIPMENT | |
| STORAGE | |
| | |
| SUBTOTAL | |
| | |
| TAX | |
| TOTAL | 108 00 |

**METHOD OF PAYMENT**

☐ CASH ☐ CHECK DRIVER'S LIC. #________
☐ MasterCard ☐ VISA ☐ American Express EXP. DATE________
CREDIT CARD #

AUTHORIZED SIGNATURE DATE
X ________

DRIVER SIGNATURE DATE

This company cannot be responsible for damages caused by faulty tires, bumper brackets, other unknown defective vehicle conditions, or other factors beyond its control. To the fullest extent allowed by law, this company assumes no responsibility for loss or damage by theft, fire or any other cause beyond its control, to any vehicle placed with it for storage or repair. **To the fullest extent allowed by law, the undersigned agrees to release and hold this company harmless from any claims or damages resulting from towing or services rendered, whether sounding in negligence or contract.**

© 2011 Zip's AW Direct

**THANK YOU!**

PRODUCT 8760-3

50465



Department of the Treasury
Internal Revenue Service
Tax Exempt and Government Entities

Date:
February 28, 2020
Person to contact:
Name: Mr. Molloy
ID number: 0203248

WELENC, SEAN A.
35 PERRY RD
ORANGE MA 01364-2022

Dear Sir or Madam:

We're responding to your request, dated February 20, 2020, about the tax-exempt status of Massachusetts Supreme Judicial Court.

We have no record of this organization having tax-exempt status under Internal Revenue Code Section 501(a). Therefore, we're unable to provide any documents in response to your request.

You can find more information about tax-exempt entities and their organizational and operational requirements in Publication 557, Tax-Exempt Status for Your Organization. You can also visit our website at www.irs.gov/charities.

If you have questions, call 877-829-5500 between 8 a.m. and 5 p.m., local time, Monday through Friday (Alaska and Hawaii follow Pacific time).

Sincerely,

Stephen A. Martin

Stephen A. Martin
Director, Exempt Organizations
Rulings and Agreements

| ***Master Claim Number*** | 2020-006719 |
|---|---|
| | |
| **Assigned Claim Number** | **Taxpayer Name Control** |
| 2020-006720 | MASS |

Form **4506-A**
(October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Public Inspection or Copy of Exempt or Political Organization IRS Form

▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible.
▶ Information about Form 4506-A and its separate instructions is at *www.irs.gov/form4506.*

OMB No. 1545-0495

**You may not have to complete Form 4506-A to get the copies you need.**

- **Internet. Form 8871,** Political Organization Notice of Section 527 Status, and **Form 8872,** Political Organization Report of Contributions and Expenditures, are available for inspection from the Internet. The website address for both forms is ***www.irs.gov/polorgs.***
- **Public disclosure by the organization.** Exempt or political organizations must make their returns, reports, notices, and exempt applications available for public inspection. You can visit the organization to inspect the material instead of requesting it from the IRS. The organization may be able to mail the copies to you.
- **Form 990-N *(e-Postcard)*** annual electronic notice is available for inspection on IRS.gov using Tax Exempt Organization Search (see instructions).
- **Amazon Web Services (AWS).** Efiled Forms 990, 990-EZ and 990-PF are available on AWS in a machine readable format.

**1 Exempt or political organization.** *Complete a separate Form 4506-A for each organization.*

Name: MASSACHUSETTS SUPREME JUDICIAL COURT
Employer identification number: refused me
Address: 425 MAIN STREET
City or town, state or province, country, and ZIP or foreign postal code: GREENFIELD, MA 01301

**2 Requester**

Name: Welenc, Sean A - private American, real man
Contact person: Sean of the family Welenc
Address: c/o 35 Perry Road
Phone: 978-846-7966
City or town, state or province, country, and ZIP or foreign postal code: Orange, MA republic, in America [Zip Code Exempt: DMM 602.1 3e(2)] without U.S. D.C.
Date: 2/20/2020

**3 Category of requester: You must check a box.** ☐ Commercial user ☐ Non-commercial scientific institution ☐ Media ☐ Educational institution ☑ All others
Name of Media Outlet

**4 Reason for request.** All requesters except for commercial users must provide an explanation of how the records will be used to avoid being charged the commercial rate. Attach additional sheets if necessary.

NAME OF ORGANIZATION refuses to provide their W-9 and required IRS "Government Information Letter confirming status as an "Instrumentality of government" and/or a "political subdivision." If they are not on record, then I intend to file IRS forms 3949a, 13909 and 211.

**Lines 5–8.** For each applicable form, check the box(es) for the item(s) you are requesting. You may request more than one form. For each form requested, check either the copy, inspection, DVD, or Sample DVD box and enter the specific tax year(s), as indicated. If ordering a partial set on DVD or Sample DVD, indicate the format, state(s), and month(s) requested.

**Line 9.** Check the box(es) for the item(s) you are requesting. You may request more than one item. If you check "other," you must indicate the specific item(s) you are requesting on the line provided or on an attachment. See instructions for more information.

**Note.** DVD and Sample DVD are not available for individual exempt organizations.

**5** Form 990, Form 990-EZ:
a Paper request: ☑ Copy ☐ Inspection
Tax year(s) or period(s) requested: 201912 ; 201812 ; 201712 . (YYYYMM)
b Digital data request: ☐ Yearly ☐ Sample
State(s): ____ ; ____ ; ____ .
Calendar year(s): ____ ; ____ ; ____ .

**6** Form 990-PF:
a Paper request: ☑ Copy ☐ Inspection
Tax year(s) or period(s) requested: 201912 ; 201812 ; 201712 . (YYYYMM)
b Digital data request: ☐ Yearly ☐ Sample
State(s): ____ ; ____ ; ____ .
Calendar year(s): ____ ; ____ ; ____ .

**7** Form 990-T (501(c)(3) organizations filed after August 17, 2006):
a Paper request: ☑ Copy ☐ Inspection
Tax year(s) or period(s) requested: 201912 ; 201812 ; 201712 . (YYYYMM)
b Digital data request: ☐ Yearly ☐ Sample
State(s): ____ ; ____ ; ____ .
Calendar year(s): ____ ; ____ ; ____ .

**8** Form 5227 (for tax years beginning after December 31, 2006):
Paper request: ☑ Copy ☐ Inspection
Tax year(s) or period(s) requested: 201912 ; 201812 ; 201712 . (YYYYMM)

**9** ☐ Application for exemption (Form 1023, 1023-EZ, Form 1024, etc.)
☐ Exemption determination letter only
☐ Affirmation letter
☑ Other Updated Determination Letter

## IRS Use Only

| The form requested above was inspected by (name of requester) | IRS office where inspection was made |
|---|---|
| Signature of employee present at inspection | Date |

Form **13909** (December 2016)

Department of the Treasury - Internal Revenue Service

# Tax-Exempt Organization Complaint (Referral)

1. Name of referred organization
MASSACHUSETTS SUPREME JUDICIAL COURT

Street address
425 MAIN STREET

| City | State | ZIP code | Date of referral |
|---|---|---|---|
| GREENFIELD | MA | 01301 | |

2. Organization's Employer Identification Number (EIN)

3. Nature of violation

- [x] Directors/Officers/Persons are using income/assets for personal gain
- [x] Organization is engaged in commercial, for-profit business activities
- [x] Income/Assets are being used to support illegal or terrorist activities
- [ ] Organization is involved in a political campaign
- [ ] Organization is engaged in excessive lobbying activities
- [x] Organization refused to disclose or provide a copy of Form 990
- [x] Organization failed to report employment, income or excise tax liability properly
- [x] Organization failed to file required federal tax returns and forms
- [ ] Organization engaged in deceptive or improper fundraising practices
- [x] Other *(describe)*

See attached

4. Details of violation

Name(s) of person(s) involved
See attached

Organizational title(s)

| Date(s) | Dollar amount(s) *(if known)* |
|---|---|
| | |

Description of activities
See attached

5. Submitter information

Name
Welenc, Sean A - private American Diplomat, noncitizen, living man, l

Occupation or business
Executrix of the © SEAN A. WELENC ™ Estate and Private Trust

Street address
c/o 35 Perry Road

| City | State | ZIP code | Telephone number |
|---|---|---|---|
| Orange | MA | near [01364] | ~~97-846-7966~~ 978-646-7966 |

- [x] I am concerned that I might face retaliation or retribution if my identity is disclosed

6. **Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.

Form **3949-A** (April 2016)

Department of the Treasury - Internal Revenue Service

# Information Referral

*(See instructions on reverse)*

OMB Number 1545-1960

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use Form 14039.)**

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

| 1a. Name of individual | b. Social Security Number/TIN | c. Date of birth | |
|---|---|---|---|
| Judge or D.A. | unknown | | |
| d. Street address | e. City | f. State | g. ZIP code |
| 425 MAIN STREET | GREENFIELD | MA | 01301 |
| h. Occupation | i. Email address | | |
| Federal Judicial Officer / Judge Impersonator | | | |

j. Marital status *(check one, if known)*
☐ Married ☐ Single ☐ Head of Household ☐ Divorced ☐ Separated

k. Name of spouse

| 2a. Name of business | b. Employer Tax ID number (EIN) | c. Telephone number | |
|---|---|---|---|
| | | | |
| d. Street address | e. City | f. State | g. ZIP code |
| | | | |
| h. Email address | i. Website | | |
| | | | |

## Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

- ☐ False Exemption
- ☐ False Deductions
- ☐ Multiple Filings
- ☒ Organized Crime
- ☐ Unsubstantiated Income
- ☐ Earned Income Credit
- ☒ Public/Political Corruption
- ☐ False/Altered Documents
- ☒ Unreported Income
- ☐ Narcotics Income
- ☐ Kickback
- ☐ Wagering/Gambling
- ☐ Failure to Withhold Tax
- ☒ Failure to File Return
- ☒ Failure to Pay Tax
- ☐ Other *(describe in 5)*

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*
TY ____ $ ________ TY ____ $ ________ TY ____ $ ________ TY ____ $ ________ TY ____ $ ________ TY ____ $ ________

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*

Local/County/Federal case: / CASE NO. [redacted] Date Case was filed: [redacted]

Per response from Internal Revenue Service to form 4506-A [see attached copy], this organization is NOT on record as being tax-exempt; and is therefore evading payment of taxes they are liable and impersonating a government office/officer to commit this fraud.

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)* ☐ Yes ☒ No
b. Do you consider the taxpayer dangerous? ☒ Yes ☐ No
c. Banks, Financial Institutions used by the taxpayer

| Name | | | Name | | |
|---|---|---|---|---|---|
| Unknown | | | Unknown | | |
| Street address | | | Street address | | |
| City | State | ZIP code | City | State | ZIP code |

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name | b. Telephone number | c. Best time to call | |
|---|---|---|---|
| Welenc: Sean A. Executor of SEAN A. WELENC ESTATE/TRUST | 978-646-7966 | | |
| d. Street address | e. City | f. State | g. ZIP code |
| c/o 35 Perry Road | Orange | MA | near [zip-01364] |

**Please print and send your completed form to: Internal Revenue Service**
**Stop 31313**
**Fresno, CA 93888**


Form **211** (July 2018)

Department of the Treasury - Internal Revenue Service

# Application for Award for Original Information

OMB Number 1545-0409

Date Claim received

Claim number *(completed by IRS)*

## Section A – Information About the Person or Business You Are Reporting

1. Is this ☐ New submission or ☐ Supplemental submission
If a supplemental submission, list previously assigned claim number(s)
MASSACHUSETTS SUPREME JUDICIAL COURT

2. Last 4 digits of Taxpayer Identification Number(s) *(e.g., SSN, ITIN, or EIN)*
Unk

3. Name of taxpayer *(include aliases)* and any related taxpayers who committed the violation
d/b/a PROBATE AND FAMILY COURT - FRANKLIN DIVISION

4. Taxpayer's address, including ZIP code
425 MAIN STREET, GREENFIELD, MA 01301

5. Taxpayer's date of birth or approximate age

6. Name and title and contact information of IRS employee to whom violation was first reported, if known
see attached

7. Alleged Violation of Tax Law *(check all that apply)*
☒ Income Tax ☐ Employment Tax ☐ Estate & Gift Tax ☐ Tax Exempt Bonds
☐ Employee Plans ☒ Governmental Entities ☒ Exempt Organizations ☐ Excise
☐ Other (identify)

8. Describe the Alleged Violation. State all pertinent facts to the alleged violation. *(Attach a detailed explanation and include all supporting information in your possession and describe the availability and location of any additional supporting information not in your possession.)* Explain why you believe the act described constitutes a violation of the tax laws
This court has made multiple attempts to kidnap/traffic my biological heirs since 2016 (see attached)

9. Describe how you learned about and/or obtained the information that supports this claim. *(Attach sheet if needed)*
Per IRS response to form 4506-A; org. is not on record as being tax-exempt; evading tax payments; impersonating govt office(r) to commit fraud

10. What is your relationship *(current and former)* to the alleged noncompliant taxpayer(s)? Check all that apply. *(Attach sheet if needed)*
☐ Current Employee ☐ Former Employee ☐ Attorney ☐ CPA
☐ Relative/Family Member ☒ Other *(describe)* non-citizen/real man/nontaxpayer/Amer. Diplomat/private man/victim to judicial fraud

11. Do you still maintain a relationship with the taxpayer ☒ Yes ☐ No

12. If yes to number 11, describe your relationship with the taxpayer
see attached

13. Are you involved with any governmental or legal proceeding involving the taxpayer ☒ Yes ☐ No

14. If yes to number 13, Explain in detail. *(Attach sheet if needed)*
S/He have made multiple attempts to revoke my legal/physical custody of my biological heirs; Case: Number FR15D0040DR

15. Describe the amount of tax owed by the taxpayer(s). Provide a summary of the information you have that supports your claim as to the amount owed *(i.e. books, ledgers, records, receipts, tax returns, etc). (Attach sheet if needed)*
The judicial commission on this case is based on claim(s) charged against me and my biological heirs Cestui Que Vie Trust

16. Fill in Tax Year (TY) and Dollar Amount ($), if known
TY ____ $ ______ TY ____ $ ______ TY ____ $ ______ TY ____ $ ______ TY ____ $ ______

## Section B – Information About Yourself

17. Name of individual claimant
Sean A: Welenc Estate Executor of

18. Claimant's date of birth *(MMDDYYYY)*
10031976

19. Last 4 digits of Claimant's SSN or ITIN
1329

20. Are you currently an IRS employee ☐ Yes ☒ No

21. Are you the spouse or a dependent of an IRS employee ☐ Yes ☒ No

22. Are you currently an IRS contractor ☐ Yes ☒ No

23. Are you a Federal, State or Local Government employee ☐ Yes ☒ No

24. Address of claimant, including ZIP code
SEAN A WELENC ESTATE/TRUST
c/o 35 Perry Road
Orange, MA near [01364]

25. Telephone number *(including area code)*
978-646-7966

26. Email address swelenc@gmail.com

27. Declaration under Penalty of Perjury I declare that I have examined this application, all accompanying statement and supporting documentation, and, to the best of my knowledge and belief, they are true, correct, and complete

[signature]
Signature of Claimant

3/09/2020
Date